**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| JOHNNY R. BYRD, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CA 13-0550-WS-C |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of the ) | |
| Social Security Administration, ) | |
|     Defendant. ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated July 17, 2014 is **ADOPTED** as the opinion of this Court.

**DONE** this 13th day of August, 2014.

        s/WILLIAM H. STEELE
        **CHIEF UNITED STATES DISTRICT JUDGE**