**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| JOHNNY R. BYRD, ) | |
|     Plaintiff, ) | |
| ) | |
| **v.** ) | CA 13-0550-WS-C |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of the ) | |
| Social Security Administration, ) | |
|     Defendant. ) | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Commissioner's motion to dismiss (Doc. 11) be **GRANTED**. Subject matter jurisdiction does not exist in this Court; therefore, this cause should be dismissed.

**DONE** this 13th day of August, 2014.

    s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**